UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SAADIQ SHABAZZ ET AL.,**

Plaintiffs,

v. **No. 4:26-cv-00374-P-BJ**

**BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,**

Defendant.

# ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF No. 27, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 27, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion for Summary Judgment, ECF No. 17 is **DENIED without prejudice** as premature.

**SO ORDERED** on this **29th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE